EDWARD A. SALFELDER v. BOARD OF TRUSTEES, PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

March 2, 1987.

Petition for certification denied.

IN THE MATTER OF TERESA M. COSTANZA v. DIVISION OF
MOTOR VEHICLES, RETIREMENT SYSTEM.

March 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HUMPHREY COHEN.

March 10, 1987.

Petition for certification denied.   (See 211 *N.J.Super.* 544)

STATE OF NEW JERSEY v. DAVID GODWIN.

March 10, 1987.

Petitions for certification denied.